**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:22-cv-643-MOC-DCK**

| | |
|---|---|
| **KIMBERLY L. STROUD,** | ) |
| | ) |
| **Plaintiff, pro se,** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| | ) **ORDER** |
| | ) |
| **TJX COMPANIES/HOME GOODS,** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**THIS MATTER** is before the Court on its own motion. Plaintiff filed this action on November 28, 2022, against Defendant TJX Companies/Home Goods. Although Plaintiff filed a Notice of Service on January 18, 2023, a summons showing service on Defendant has not been returned as executed. The Court issued a show cause order on June 9, 2023, to which Plaintiff has responded. (Doc. Nos. 5, 7). The Court notes that, in an Order dated December 6, 2022, the U.S. Magistrate Judge issued an Order directing the U.S. Marshal to serve Defendant. (Doc. No. 3). Thus, it is apparent to the Court that the U.S. Marshal, not Plaintiff, is responsible for effecting service.

It is not clear whether the Clerk served the Order on the U.S. Marshal to serve Defendant. In any event, the Court hereby respectfully instructs the Clerk to again contact the U.S. Marshal to direct service in this matter in accordance with the Court's Order dated December 6, 2022.

**IT IS SO ORDERED**.

1

Signed: September 13, 2023

Max O. Cogburn Jr
United States District Judge

2